THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The 
 State, Respondent,
 
 
 

v.

 
 
 
 Mendell Thomas, Appellant.
 
 
 

Appeal from Aiken County
Diane Schafer Goodstein, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-179
Submitted March 3, 2008  Filed March 14,
 2008    
APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM:  Mendell Thomas appeals his guilty
 plea for causing death by operating a
 vehicle while under the influence of drugs or alcohol.  On appeal, Thomas contends his guilty
 plea failed to conform with the mandates set forth in Boykin v. Alabama,
 395 U.S. 238 (1969).  Specifically, Thomas argues the trial judge erred by
 failing to  adequately advise him of his constitutional rights.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Thomas appeal and grant counsels
 motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.